

# NUMBER 13-21-00462-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ROBERT ZBRANEK JR.,                                                     Appellant,

**v.**

THE STATE OF TEXAS,                                                    Appellee.

## On appeal from the 36th District Court
## of Aransas County, Texas.

# MEMORANDUM OPINION

### Before Justices Longoria, Hinojosa, and Silva
### Memorandum Opinion by Justice Silva

Appellant Robert Zbranek Jr. filed a notice of appeal from an order denying his application for writ of habeas corpus; however, appellant has now filed an amended motion to dismiss this appeal on grounds that it has been rendered moot. Appellant and his attorney both signed the amended motion to dismiss, and this Court has not yet issued a decision in the appeal. The amended motion to dismiss thus meets the requirements of

Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Accordingly, without passing on the merits of the case, we grant the amended motion to dismiss, and we dismiss the appeal. Because the appeal is being dismissed at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
17th day of March, 2022.